**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| NATIONAL RAILROAD PASSENGER CORPORATION d/b/a Amtrak,<br>60 Massachusetts Avenue, N.E.<br>Washington, DC 20002<br><br>Plaintiff,<br><br>v.<br><br>UNION STATION INVESTCO, LLC<br>40 Massachusetts Avenue, N.E.<br>Washington, DC 20002<br>Serve: National Registered Agents, Inc.<br>1015 15th St. NW, Suite 1000<br>Washington, DC 20005<br><br>Defendant. | ) | Civil No. |

## COMPLAINT

The National Railroad Passenger Corporation d/b/a Amtrak ("Amtrak"), for its complaint against ("USI") states as follows:

## PARTIES

1. Amtrak is the nation's intercity passenger rail service and it's high-speed rail operator. Amtrak was created by Congress in the Rail Passenger Service Act of 1970 and incorporated in the District of Columbia in 1971. Amtrak has its principal offices at 60 Massachusetts Avenue, NE, Washington, DC 20002.

2. Defendant Union Station Investco, LLC ("USI" or "Landlord"), is Amtrak's landlord at Union Station in Washington, D.C. (the "Station") pursuant to a sublease agreement dated March 7, 1988 (the "Sublease) between Amtrak and Union Station Venture, LLC, a predecessor in

interest to USI. A copy of the Sublease is attached hereto as Exhibit A and incorporated herein by reference.

**JURISDICTION AND VENUE**

3. The United States owns more than half the capital stock of Amtrak. Accordingly, the Court has jurisdiction over this action pursuant to 28 USC § 1349.

4. Venue is appropriate in this Court under 28 USC § 1391.

**BACKGROUND FACTS**

5. Within the last several weeks USI began displaying advertisements in numerous prominent locations around Union Station, advertising Delta Airlines. On information and belief, Delta Airlines ("Delta") has regular flights between Washington National Airport and Dulles International Airport to numerous locations also served by Amtrak, and particularly major metropolitan areas along the Northeast Corridor of the United States, including New York City and Boston.

6. Amtrak and Delta compete for passengers seeking to travel to a variety of locations, including, without limitation, locations throughout the Northeast Corridor.

7. Section 9.4 of the Sublease, titled "Commercial Signs," specifically provides in subsection (b) that "[i]n no event shall Landlord install any signs on any part of the Project [ i.e., the Station] that advertise transportation services that compete with those offered by Tenant [Amtrak], without obtaining Tenant's prior written consent, which consent may be withheld in Tenant's sole discretion."

8. Delta provides transportation services that compete with Amtrak.

9. On May 5, 2017, Bart Bush, Amtrak Vice President for Real Estate Stations and Facilities, wrote Mr. Joe Press, the Vice President of Asset Management at Ashkenazy

Acquisition Corporation (the parent company of USI) demanding the removal of all signs within the Station relating to advertisements for Delta, citing Section 9.4(b) of the Sublease. *See* Exhibit B.

10. On May 16, 2017, counsel for Amtrak wrote the Landlord and its counsel, again demanding removal of the Delta advertisements displayed at the Station. *See* Exhibit C.

11. Also on May 16, 2017, Amtrak received a letter dated May 15, 2017, from USI's General Counsel, refusing Amtrak's demand. *See* Exhibit D.

**COUNT I**

12. Amtrak incorporates the allegations of paragraphs 1 through 11 herein.

13. As of the filing of this Complaint, the Landlord has failed and refused to remove from the Station the advertising relating to Delta.

14. The Landlord's refusal constitutes a breach of the Sublease.

15. The Landlord's breach has caused, and will continue to cause, irreparable injury to Amtrak.

**PRAYER FOR RELIEF**

WHEREFORE, Amtrak prays that the Court enter a temporary and permanent injunction restoring the parties to the *status quo ante*, and requiring the removal of all signage within the Station relating to Delta Airlines, and granting such other and further relief as the Court deems proper.

Respectfully submitted,

**NATIONAL RAILROAD PASSENGER CORPORATION**
By Counsel

/s/ Richard C. Sullivan, Jr.
Richard C. Sullivan, Jr., DC Bar No. 462141
BEAN, KINNEY & KORMAN, P.C.
2300 Wilson Boulevard, 7th Floor
Arlington, Virginia 22201
Telephone: 703-525-4000
Facsimile: 703-525-2207
rsullivan@beankinney.com
*Counsel for Plaintiff*